BERNICE CAMPBELL, Respondent
v.
MICHAEL ATTANASIO, D.O., VINCENT E. BALDINO, D.O., JAIME VOLPE, D.O., DANIEL PARENTI, D.O., JOHN P., SIMELARO, D.O., MICHAEL A. VENDITTO, D.O., THADDEUS GOLDEN, M.D., VINCENT E. BALDINO, D.O., P.C., D/B/A RITNER MEDICAL ASSOCIATES, P.C., INTERMED ASSOCIATES, P.C., METHODIST HOSPITAL, ALSO D/B/A METHODIST HOSPITAL, DIVISION OF THOMAS JEFFERSON UNIVERSITY HOSPITAL, AND THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., ALSO D/B/A METHODIST HOSPITAL DIVISION OF THOMAS JEFFERSON UNIVERSITY HOSPITAL
PETITION OF: THADDEUS GOLDEN, M.D.
Supreme Court of Pennsylvania, Eastern District.
August 24, 2005.

ORDER
PER CURIAM.
AND NOW, this 24th day of August 2005, the Petition for Allowance of Appeal is denied.